IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | No. 08 B 24332 |
| Steven D. Gustafson ) | |
| ) | Judge John H. Squires |
| Debtor. ) | |
| ) | |
| ) | |
| David E. Grochocinski, Trustee, ) | |
| as successor Plaintiff to Larry L. Thompson, et. al. ) | Adversary No. 09 A 00124 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Steven D. Gustafson ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

THIS CAUSE coming on to be heard on the motion for entry of an order of default judgment against Defendant Steven D. Gustafson, the Court having found Defendant in default for failure to appear and answer or otherwise respond to the complaint, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. Judgment is entered in favor of David E. Grochocinski, Trustee, and against Defendant Steven D. Gustafson;

2. The discharge of the defendant debtor, Steven D. Gustafson, is denied. The Clerk is directed to send notice of this denial of the debtor's discharge to all creditors.

4. This is a final order, and no reason exists to stay enforcement or appeal of this order.

Dated: FEB 0 5 2010

ENTER:

_____
United States Bankruptcy Judge

Prepared by:
Ariane Holtschlag
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462
(708) 226-2700
Fax: (708) 226-9030